## Commonwealth *v.* Libiano, Appellant.

Argued June 21, 1971. *Mar-*

726

*garet H. Poswistilo,* for appellant; *Louis S. Minotti, Jr.,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.